IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASPER GRIMES,

       **Plaintiff,**

v.                                  Case No. 4:18cv88-MW/CAS

JULIE L. JONES, et al.,

       **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 12, is **DISMISSED** for failure to exhaust administrative remedies and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The motions for preliminary injunction, ECF Nos. 3

and 9, are **DENIED**."  The Clerk shall note on the docket this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk shall close the file.  **SO ORDERED on August 27, 2018.**

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**